```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG-F-98-2139 |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT |
| v. | ) | |
| | ) | |
| ENRIQUE LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against Enrique Lopez, in that defendant has been apprehended.

DATED: July 21, 2005                              Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

                                                  By /s/ Jonathan B. Conklin
                                                     JONATHAN B. CONKLIN
                                                     Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled.

IT IS SO ORDERED.

**Dated:   July 22, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

1